

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00467-CR

Lynda Renee **SOLOMON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 82nd Judicial District Court, Falls County, Texas
Trial Court No. 9165
Honorable Robert Miller Stem, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED.

SIGNED December 20, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice